IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID KWON, | ) CIVIL NO. 06-00227 JMS-LEK |
| Petitioner, | ) |
| vs. | ) |
| FRANK LOPEZ, et al, | ) |
| Respondents. | ) |
| _____ | ) |

ORDER ADOPTING MAGISTRATE'S FINDINGS & RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 30, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Petition," are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 2, 2006.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

cc: all parties of record

cc: all parties of record